UNITED STATES DISTRICT COURT　　　　　　　　　　　　INDEX #
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EDUARDO KING, FERNANDO KING, MI CASA EN　　　　　**COMPLAINT**
ECUADOR

　　　　　　　　　　Plaintiffs,

　　　　　　　　　　-against-

IMPREMEDIA, LLC, IMPREMEDIA NEW YORK, LLC
EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA, and EL
DIARIO, L.P.

　　　　　　　　　　Defendants.
-------------------------------------------------------------------x

## COMPLAINT

　　　　Plaintiffs, EDUARDO KING (hereinafter referred to as "Eduardo"), FERNANDO KING (hereinafter referred to as "Fernando"), MI CASA EN ECUADOR (hereinafter referred to as "MCEE"), (collectively "Plaintiffs") by their attorney, EDUARDO J. DIAZ, Esq., as and for their Complaint, against IMPREMEDIA, LLC, IMPREMEDIA NEW YORK, LLC, EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA and EL DIARIO, L.P., (collectively the "El Diario Defendants") allege, upon information and belief, and at all times hereinafter mentioned, as follows:

### JURISDICTION

1. Jurisdiction of the Court is invoked under the provisions of 28 U.S.C. § 1332, federal diversity jurisdiction. The Court has supplemental jurisdiction over the King Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).

## PARTIES

2. Plaintiff, EDUARDO KING, is and was at all times mentioned in this Complaint a resident of Quito, Ecuador.

3. Plaintiff, FERNDANDO KING, is and was at all times mentioned in this Complaint a resident of Quito, Ecuador.

4. Plaintiff MI CASA EN ECUADOR, is and was at all times mentioned in the Complaint a resident of Queens County, New York.

5. Defendant, IMPREMEDIA, LLC is, upon information and belief, and was at all times mentioned in this Complaint a resident of New York County, New York.

6. Defendant IMPREMEDIA NEW YORK, LLC, is, upon information and belief, and was at all times mentioned in this Complaint a resident of New York County, New York.

7. Upon information and belief IMPREMEDIA, LLC and/or IMPREMEDIA NEW YORK, LLC is, at all times mentioned in this Complaint, the owner of EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA and EL DIARIO, L.P.

8. Defendant, EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA is, upon information and belief, and was at all times mentioned in this Complaint a resident of Albany County, New York.

9. Defendant, EL DIARIO, L.P., is, upon information and belief, and was at all times mentioned in this Complaint a resident of New York County, New York.

10. Upon information and belief, EL DIARIO, L.P. and/or EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA, is the publisher of a daily Spanish newspaper.

## FACTUAL BACKGROUND

11. In January 2008, MCEE was incorporated in New Jersey by Eduardo.

12. In January 2008, MCEE was incorporated in New York as a foreign limited liability company.

13. MCEE was formed to act as an intermediary between construction companies and real estate developers in South America seeking to attract investors in the United States and individuals in the United States interested in purchasing real estate in South America.

14. As a result, MCEE catered to and hoped to profit from the growing South American immigrant population in Queens, New York who wanted to buy homes and/or real estate in South America. ( The South American immigrant population in Queens now totals more than about 235,000, which is twice as many as the rest of New York City combined.) (*See Exhibit A* "Buying the American Dream in Ecuador").

15. As part of its business plan, MCEE also hoped to profit from the Ecuadorian government's Plan of Return, a plan enacted by the Ecuadorian government in order to entice immigrants living abroad to return to Ecuador.

16. In order to attract Ecuadorian immigrants to return to Ecuador, the Ecuadorian government offered them legal help and seed money to start businesses. (*See Exhibit B an Article explaining the Plan of Return Program*).

17. In 2008 and 2009, MCEE was actively working with several South American real estate developers and construction companies and with many Hispanic/Latino individuals in the United States seeking to purchase properties in South America.

18. The El Diario Defendants published articles on October 17, 2009 and October 21, 2009 in its newspaper concerning Fernando, Eduardo and MCEE. (*See Exhibit C*).

19. Specifically the news articles were defamatory towards Eduardo, Fernando, and/or MCEE. The defamatory language published by the El Diario Defendants is as follows:

a. On October 17, 2009, the El Diario Defendants maliciously published a front page headline that read "Estafan con compras de casas." This headline when read with the corresponding article can only be inferred to imply that MCEE was swindling its clients.

b. Said article also maliciously published the defamatory statements made by Juan Carlos Villa. The article quotes Villa as stating, "'Eduardo King, que es economista [de MCEE] me llamo y me explico que la constructora Inmoplan MaCVarg Ltd. tuvo un desfalco por $400,000 y no había terminado el proyecto. Ellos se lavaron las manos y me mandaron a hacer reclamo en Ecuador,' denuncio Villa, quien llego a Nueva York hace 4 anos. 'Contrate un abogado en Ecuador y la constructora le dijo que ellos no podían entregarle los terrenos porque el dinero no se lo había dado a ellos, que tenia dirigirse a quienes les dio el dinero en Nueva York.'" Said article also reads "'Pero mi abogado ha ido para tramitar lo de la posición del terreno, y no se lo permitieron' aservo Villa, quien lamenta haber perdido sus ahorros. 'Invertí todos los ahorros que tenia. Los condenados, mal habidos me dieron fotos del proyecto y hasta planos de la casa me dieron' agrego el inmigrante mientras mostraba planos y folletos de cómo iba a lucir su casa.'"

c. On October 21, 2010 the El Diario Defendants maliciously published an article with a headline "Amenazan a inmigrante estafado." This headline, when read with the corresponding article, can only be inferred to imply that MCEE, Fernando, and/or Eduardo were threatening and swindling immigrants.

d. Said article also read, "Luego de que su sueño de tener una casa en su natal Ecuador se conviertiera en una pesadilla, ahora un ecuatoriano recibe amenazas de los presuntos estafadores de que lo van a denunciar a las autoridades de inmigración" Said article also maliciously published the defamatory statements made by Juan Carlos Villa. The article quotes

Villa as stating, "'Estoy asustado, a veces hasta me arrepiento de haber puesto la denuncia,' aservo el ecuatoriano Juan Carlos Villa, quien denuncio que era víctima de una estafa por parte de la empresa Mi Casa, afincada en el Ecuador." The article continues "Según la presunta víctima al reclamar a Eduardo King, presidente de Mi Casa En Ecuador, 'este se lavo las manos enviándolo a hacer el reclamo a Ecuador.'" The article also states that "Despues de la denuncia, según Villa, ha recibido llamadas de King y del hermano Fernando King, quien se desempeña como el abogado de la empresa Mi Casa en Ecuador, amenazándolo con demandarlo por difamación y denunciarlo antes las autoridades de inmigración.'" Quoting Mr. Villa the article states "'Me dijo que era un mentiroso y que me iban a denunciar a inmigración por que sabían que era indocumentado.'"

## COUNT 1 LIABLE

20. Plaintiffs reallege paragraphs 1-23 and incorporates them by reference as paragraphs 1-23 of count 1 of this Complaint.

21. The El Diario Defendants falsely alleged that plaintiffs Fernando and Eduardo threatened to contact the immigration authorities with regards to their legal status of MCEE's clients.

22. The El Diario Defendants falsely stated that Eduardo swindled clients of MCEE.

23. The El Diario Defendants falsely stated that MCEE swindled its clients.

24. The matter as published is untrue, false, and defamatory.

25. The El Diario Defendants were either aware or should have been aware of the falsity and inaccuracy of the statements that were published.

26. The El Diario Defendants recklessly, intentionally, and/or negligently published the false statements in their publication.

27. At the time the libel concerning Fernando, Eduardo, and MCEE was published, the plaintiffs were conducting business, as described above, in New York. By reason of such publication a large number of persons who had previously done business with the plaintiffs thereafter refused and still refuse and fail to do business with the plaintiff. These persons had been accustomed to deal with the plaintiffs in regards to purchasing properties in South America. As a direct and proximate result of these persons refusing and failing to trade with plaintiff, the plaintiffs have been deprived of their trade and of substantial profits that they would have received. There has been a general decline and falling off in the amount of business done by Plaintiffs and in the profits received by them. The plaintiffs have otherwise been greatly injured in their credit and reputation, in the sum of five million dollars ($5,000,000).

**WHEREFORE**, plaintiffs request judgment against the defendants as follows:

a) All damages which plaintiffs have sustained as a result of the defendants conduct, included by not limited to, emotional distress, humiliation, embarrassment and mental anguish;

b) Exemplary and punitive damages in the amount commensurate with the defendants' ability and so as to defer future malicious, reckless and/or intentional conduct;

c) Awarding the plaintiffs their costs and disbursements incurred in connection with this action, including reasonable attorneys fees, expert witness fees, if applicable, and other costs;

d) Prejudgment and post-judgment interest, as provided by law; and

e) Such further and other relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to Rule 38(b) of the Rules of Federal Procedure, Plaintiff hereby demands a trial by jury as to all issues raised by these pleadings.

Dated: New York, New York
       October 18, 2010

_____
EDUARDO J. DIAZ (ED 0308)
275 Madison Avenue, Fourth Floor
New York, New York 10016
T.(646) 328-1919
F. (646) 358-4513
ejdiaz@gmail.com
*Attorney for the Plaintiffs*

# EXHIBIT A



## Buying the American Dream in Ecuador

by Tiffani Sotile, Rosaleen Ortiz & Matt Townsend

As Diana Maldonado walked down National Street in Corona, Queens, she saw snow-capped mountains that immediately brought back memories of her childhood.

The white peaks weren't a figment of her imagination, but an advertising ploy by a real estate broker that offers homes and land in her native Ecuador. Maldonado, a middle-aged woman who hasn't visited Ecuador since she moved to New York at age 3, looked inside, checked out the poster of the Antisana volcano that overlooks Ecuador's capital of Quito and grabbed a brochure for condos in her home country.

"I'm into this maybe now," said Maldonado. "Everything is getting more expensive. You have to work to pay the rent and the bills with no fun. I want to pay the bills and have fun."

Mi Casa en Ecuador opened in September to become the most recent addition to a handful of companies located in the diverse Hispanic immigrant communities of Corona (see slide show to the right) and neighboring Jackson Heights that market South American homes and land to South America immigrants. These real estate companies are taking advantage of a growing South American immigrant population in Queens that now totals more than 235,000, which are twice as many as the rest of the city combined. The slowing economy and the high prices in New York's real estate market could also help sales as more immigrants consider moving home to look for the American dream they couldn't find here.

"I really haven't been able to buy a house here," said Maidando, who lives just south of Corona in Rego Park. "Now at my age, I don't want to get into debt that I can't handle. Maybe go back and forth, who knows?"

A recent survey of Latino immigrants by the Inter-American Development Bank reinforces this growing market for these kind of real estate companies, as almost one-third considered moving home and for those here less than five years the desire to go back was 49 percent. The survey also showed economic concerns within the coummunity, as 81 percent said it was harder to find a job than before and 40 percent said they were making less money than the previous year.

The Ecuadorian government might help Mi Casa en Ecuador rack up commissions as well with a plan (see videos to the right) it enacted in February to entice Ecuadorians to return. The plan offers tax breaks and low-interest loans to move home.

At Mi Casa, a large flat screen television that faces toward the sidewalk shows off computerized artist renderings of properties that range in price from $19,000 to more than $100,000. Since opening in September, the company has sold 25 properties and most of the buyers have been in the United States for at least a decade, according to sales representative Cristina Gomez.

"I have a customer that's lived here 25 years and he doesn't know Ecuador," said the 28-year-old Gomez, who immigrated from Ecuador 10 years ago. "He doesn't even remember it."

Mi Casa, which only sells properties in Ecuador, works as a middle man for the property owners and banks in Ecuador by



Hernán Holguín, Counsul of the Ecuadorian National Office of Migration in New York, answers questions about Ecuador's Plan of Return

### Corona's Vivid Diversity



The large Ecuadorian population considers a home in Ecuador while in Queens.

finding buyers and helping them choose a property by offering locations, pictures and amenities of the housing developments available, or that will be available. Many of these real estate companies broker properties that aren't finished. In those cases, the buyer provides a down payment to secure the property.

A Jackson Heights woman who recently bought an apartment in her native Colombia with her husband believed Colombians can acheive a better quality of life back home.

"The great majority [of Columbians] think of returning because of the lifestyle they lead here," said the woman, who didn't want to be identified. "The typical Colombian works seven days a week and those who don't rarely have an entire weekend off. It becomes complicated. They don't have spare time for their family or for themselves. So, they become a production machine."

Despite the weakening job market and the rising cost of living, Hiram Ramirez doesn't meet many people at the immigration services company he works at in Corona with the desire to move back home.

"That's not something we encounter a lot of," said Ramirez whose lived in Corona most of his life and seen the neighborhood transform from Irish and Italian to a Colombian, Ecuadorian and Dominican. "Everyone is focused on legalizing their status here."

But for some the rising cost of living is too much. Jackson Heights couple Manuel Barbecho and Nube Calderon bought a house in Cuenca, Ecuador six years ago and plan to move back home soon.

"This country in another time was good when one would earn $500 and save $200," Calderon said. "Now, if you earn $500, you owe $500 more. We are grateful to this country and we love it. But life is too hard here. It's not like before."

By Tiffani Garlic, Rosaleen Ortiz & Matt Townsend; CUNY GRADUATE SCHOOL OF JOURNALISM

# EXHIBIT B



# Reverse Migration: Ecuador Lures Immigrants Back Home from U.S. and Spain

By Jelena Kopanja &bull 9/04/09 • Categorized as Hispanic Immigration News

By Merry Pool and Jelena Kopanja, FI2W contributors

After 15 years of living in Europe, Sandra Bustamante was going home to Ecuador on the day of her 40th birthday. For months, she and her husband had not been able to find stable work in Spain and going back to Bustamante's native country seemed the only option for this family of five. Her 4-year-old daughter Camilla encouraged them with her excitement. Although Camilla had never been to Ecuador, "ever since we've told her we're going, she had been running around the house, waving the Ecuadorian flag and yelling 'Viva Ecuador!'" Bustamante said.



Ecuadorian Migrants Secretary Lorena Escudero cuts the ribbon at the restaurant Sandra Bustamante (left) opened in Quito. (Photo: SENAMI)

That was last August. A year later, it seems that Bustamante's dream of opening an Italian restaurant in Quito is well on its way, according to an infommercial by the Ecuadorian National Secretariat for Migrants (SENAMI).

Bustamante's family was one of the first beneficiaries of the recently established *Plan Bienvenid@s a Casa* (*Welcome Home Plan*), which offers business subsidies, customs breaks and low-interest loans to Ecuadorian migrants who want to return home.

It is estimated that some 1.5 million Ecuadorians, 11 percent of the country's natives, now live outside the nation's borders. The *Welcome Home Plan* is part of President Rafael Correa's 2006 campaign commitment to make migrants a central component of his administration's agenda. Ecuador may well be the only Latin American country trying to lure its citizens home during the global economic crisis.

Ecuadorians have been migrating to the U.S. since the 1970s, with many of them settling in the New York, New Jersey and Connecticut area. Yet it was not until the 1990s –a decade marked by political and economic turmoil that culminated in a collapse of the banking system in 1999– that their numbers increased dramatically. The exodus emptied some villages of entire generations. According to migration expert Jason Pribilsky, the 2000 U.S. Census revealed a 99 percent increase in the number of Ecuadorians who had entered the U.S. in the previous decade. Many of the new migrants also headed for Spain, drawn by the ease of entrance –until 2003 Spain did not require that they obtain visas– and the demand for domestic servants and construction workers.

Approximately 550,000 Ecuadorians live in the U.S. About 700,000 live in Spain.

Remittances from Ecuadorian nationals abroad are crucial for sustaining Ecuador's dollarized economy. Emigrants' contributions to the country's GDP –2.9 billion in 2009, according to the Inter-American Development Bank– were surpassed only by the country's oil exports. Over half of the remittances came from Europe (mainly Spain) and 40 percent from the United States.

But the economic crisis is affecting livelihoods, and as a result, remittances have decreased in the past year. The difficult circumstances are forcing migrants to consider all options, including returning home.

*Newsday* recently reported that some 5,000 Ecuadorians have left the U.S. under the government's Welcome Home Plan. *City Limits* reported the economic crisis is making many consider going home.



Sandra Bustamante, 2nd from left, with Oscar Jara at the SENAMI office in Madrid. (Photo: Jelena Kopanja)

In Spain, approximately 10,000 people have inquired about the plan since last September, when SENAMI opened its Madrid office, said Óscar Jara, SENAMI's representative. About 2,000 have returned using one or more of the benefits offered.

Most inquiries come from men between the ages of 35 and 40 who have lost their jobs in construction and related industries. The crisis has made it very difficult for families, Jara said. Many fathers are returning home alone or parents are sending their children back to Ecuador because they can no longer support them in Spain.

"Imagine: you left your child when he was four," Jara said. "You brought him here when he was 12 and now at 16, when he is an adolescent and has made some friends, has gotten used to living in Spain, he has to go back. Concerning the psychological development of these children, this is devastating: again they have to suffer the separation, the uprooting, the destruction of their families and social networks."

"In terms of the human consequences of the crisis, this is one of the most serious."

Unemployment levels in Spain are the highest in the European Union. The crisis has contributed to a harsher national climate for immigrants, reflected in new stricter policies being considered.

There are approximately 50,000 Ecuadorians registered as unemployed, according to Spanish government statistics. Some organizations estimate that the numbers are closer to 75,000, as many self-employed workers are not registered.

And while the official Ecuadorian government's rhetoric has embraced the return of its migrants as essential for the country's progress, these numbers are alarming even for Ecuador's president. On a recent visit to Madrid, Rafael Correa warned against a mass return. "If all of (the

unemployed Ecuadorians) come back, we of course won't be able to attend to them all," he told Spanish daily *El País*.

Unlike the Spanish government's Voluntary Return Plan, which Jara considers expulsion in disguise, the *Welcome Home Plan* appeals to Ecuadorians who may want to go back without risking their Spanish residency permits. To distinguish it from the Spanish plan and the European Return Directive –initiatives that, Jara says, have contaminated the terminology of return — the Ecuadorian government has renamed its program, previously known as *Plan Retorno*.

Jara emphasizes that his government supports a return that is "voluntary, dignified and sustainable." One of the plan's aims is to strengthen –with professional guidance and a grant equivalent to 25% of the seed money– entrepreneurial ideas that would create employment in strategic sectors such as agriculture and tourism.

"A person who came (to Spain) 10 years ago has had courage and an enterprising spirit. That potential should be made use of," Jara said.

Fifty-nine projects from around the world were sponsored last year and Sandra Bustamante's Italian restaurant is one of them. This year, the government's budget could cover approximately 300 projects.

*Watch a SENAMI video interview with Sandra* (in Spanish):

But many migrants are trying to stay in Spain and the United States despite the economic challenges. Luis Alberto, who arrived in New York in January, is one of them. He said Ecuador's government should provide more support for those who want to remain abroad.



The SENAMI office at 102-09 Northern Blvd., in Corona, Queens. (Photo: Merry Pool)

Pablo Calle, the SENAMI representative in New York, said that the *Welcome Home Plan* is only one part of Ecuador's migration initiative, which above all, includes more support for Ecuadorians wherever they reside. "SENAMI is partnering with local nonprofits to give workshops and offer English classes, for example," he said.

"We are all migrants," he added, holding up a paper passport with "Universal Citizen" written on its cover. "This is a symbol of what we believe: Ecuadorians weren't just migrating to live somewhere new, but to help their family survive."

That idea will probably continue to guide migrants as they decide whether to return to Ecuador or to wait out the crisis abroad.

# EXHIBIT C



## Estafan con compras



Juan Carlos Villa






# Amenazan a inmigrante estafado

**GLORIA MEDINA/EDLP**

NUEVA YORK — Luego de que su sueño de tener una casa en su natal Ecuador se convirtiera en una pesadilla, ahora un ecuatoriano recibe amenazas de los presuntos estafadores de que lo van a denunciar a las autoridades de inmigración.

"Estoy asustado, a veces hasta me arrepiento de haber puesto la denuncia", aseveró el ecuatoriano Juan Carlos Villa, quien denunció que era víctima de una estafa por parte de la empresa Mi Casa afincada en el Ecuador.

Según Villa, en el 2008 pagó a Mi Casa, la empresa ecuatoriana, $40,000 con la promesa de venderle un terreno en el conjunto residencial La Victoria en la ciudad de Cuenca, Ecuador. Después de esperar un año, tiempo que le pidieron para la construcción—, lo llamaron para indicarle que la constructora Inmoplan MacVarg Ltda había tenido un desfalco y el proyecto no había sido culminado.

Según la presunta víctima al reclamar a Eduardo King, presidente de Mi Casa en Ecuador, éste se lavó las manos enviándolo a hacer el reclamo a Ecuador.

La constructora en Ecuador no respondió las llamadas de éste rotativo.

Después de la denuncia, según Villa, ha recibido llamadas de King y del hermano, Fernando King, quien se desempeña como el abogado de la empresa Mi Casa en Ecuador, amenazándolo con demandarlo por difamación y denunciarlo ante las autoridades de inmigración.

"Me dijo que era un mentiroso y que me iban a denunciar a inmigración porque sabían que era indocumentado. No sé que hacer ahora", relató Villa. "Uno siempre paga las novatadas, pero no es justo lo que están haciendo", añadió.



Juan Carlos Villa recibe amenazas después de la denuncia que hizo.

Los hermanos King, quienes están en Ecuador, no devolvieron las llamadas de éste rotativo para responder las denuncias.

Después de la nota publicada en **EL DIARIO/LA PRENSA** el pasado sábado 17 de octubre, otra persona perjudicada nos contactó para contar su historia.

"Al notar que cambiaron las oficinas de Queens para Nueva Jersey sin anunciar a sus clientes, empecé a sospechar algo", dijo Janeth Vera, otra cliente de Mi Casa en Ecuador, quien dio su dinero para comprar en otro conjunto residencial en Ecuador y con diferente constructora, Furoiani, en Guayaquil. "Les dije que me retiraba de comprar la casa y que me devolvieran el dinero, pero ahora dicen que me van a descontar el 25% de lo que he dado", aseguró.

En Nueva York hay ocho perjudicados según Martha Zambrano, directora el Centro Internacional Ecuatoriano, donde las víctimas han acudido a presentar las denuncias. "Lo que tienen que hacer es no dejarse paralizar por el miedo y denunciar estos abusos. Además deben saber es que todos los inmigrantes tienen derechos... y educarse antes de firmar cualquier contrato", agregó.

*gloria.medina@eldiariony.com*

# Thompson se encuentra con activistas VIH/SIDA

**MANUEL E. AVENDAÑO/EDLP**

NUEVA YORK — El candidato demócrata a la Alcaldía de Nueva York, Bill Thompson, indicó ayer que la administración Bloomberg le había fallado a la población infectada con VIH/SIDA al no proporcionarle los servicios necesarios durante los últimos ocho años.

Durante una manifestación en la calle 40 de Manhattan, Thompson —quien es Contralor Municipal— habló de la necesidad de asegurar que la ciudad "apoye a todos aquellos que viven con VIH/SIDA". Asimismo, destacó la importante labor que realizan las organizaciones comunitarias para aquellos que padecen la enfermedad y necesitan vivienda económica.

"Mike Bloomberg ha fallado tantas veces en proveer este servicio", remarcó el candidato demócrata. "Trabajaré para reorientar fondos para los proveedores comunitarios de vivienda", agregó Thompson en su discurso. "Apoyamos la expansión de oportunidades de vivienda para la gente pobre con VIH, sin importar su estatus de salud", señaló a continuación.



William Thompson.

Thompson dijo que sacar a estas organizaciones del camino significa "un error" porque "se daña a una población muy vulnerable".

Thompson es el contrincante de Bloomberg en las elecciones del próximo 3 de noviembre para la Alcaldía de Nueva York. Ambos participarán en un debate el próximo martes 27 de octubre.

*manuel.avendano@eldiariony.com*