*Rakoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

EDUARDO KING, FERNANDO KING, MI CASA
EN ECUADOR,

                      Plaintiffs,

      v.

IMPREMEDIA, LLC, IMPREMEDIA NEW
YORK, LLC EL DIARIO, LLC D/B/A EL DIARIO
LA PRENSA, AND EL DIARIO, L.P.

                      Defendants.

---------------------------------------- x

10-CV-7903

**STIPULATION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/10

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that the time of Defendants to answer, move, or otherwise respond to the Complaint shall be extended to and including January 14, 2011. Facsimile copies of signatures on this Stipulation will be deemed originals for purposes of this Stipulation only.

EDUARDO J. DIAZ, ESQ.

By: _____
    Eduardo J. Diaz, Esq. (ED 0308)

275 Madison Avenue, Fourth Floor
New York, New York 10016
(646) 328 1919
*Attorney for Plaintiffs*
*Eduardo King, Fernando King, Mi Casa En Ecuador*

SEYFARTH SHAW LLP

By: _____
    David M. Monachino, Esq. (DM 1527)
    Alexander M. Jeffrey, Esq. (AJ 1823)

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
Attorneys for Defendants
*Impremedia, LLC, Impremedia New York, LLC, El Diario, LLC d/b/a El Diario La Prensa, and El Diario, L.P.*

**SO ORDERED:**

_____
U.S.D.J.

12-20-10   BC