SEYFARTH SHAW LLP
David M. Monachino (DM 1527)
Alexander M. Jeffrey, Jr. (AJ 1823)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
EDUARDO KING, FERNANDO KING, MI :
CASA EN EQUADOR, :
 :
               Plaintiffs, :    10-CV-7903 (JSR)
 :    ECF CASE
      vs. :
 :
IMPREMEDIA, LLC, IMPREMEDIA NEW :
YORK, LLC, EL DIARIO, LLC d/b/a EL DIARIO :    **NOTICE OF MOTION TO**
LA PRENSA and EL DIARIO, L.P., GLORIA :    **PARTIALLY DISMISS THE**
MEDINA, DOES 1-12, :    **AMENDED COMPLAINT**
 :
               Defendants. :
 :
---------------------------------x

      **PLEASE TAKE NOTICE THAT**, upon the Declaration of David Monachino, Esq., executed February 9, 2011, together with the exhibits annexed thereto, Defendants' Memorandum of Law in Support of their Partial Motion to Dismiss the Amended Complaint, and upon all of the prior papers and proceedings herein, defendants Impremedia, LLC, Impremedia New York, LLC, El Diario, LLC d/b/a El Diario La Prensa and El Diario, L.P., and Gloria Medina ("Defendants"), by their undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007 on March 11, 2011 or a date and at a time to be designated by the Court for an Order:

(i) dismissing the amended complaint in this action as against Gloria Medina, pursuant to Fed. R. Civ. P. 12(b)(6), and

(ii) granting Defendants such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Court Order, opposition papers, if any, are to be served on or before March 3, 2011 and Defendants' reply papers, if any, are to be served on or before March 11, 2011.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Court Order, oral argument is scheduled for March 17, 2011 at 3:00 pm.

Dated:   New York, New York
         February 10, 2011

                SEYFARTH SHAW LLP

                By: s/ David M. Monachino
                David M. Monachino (DM 1527)
                Alexander M. Jeffrey, Jr. (AJ 1823)
                620 Eighth Avenue
                New York, New York 10018
                (212) 218-5500
                dmonachino@seyfarth.com
                ajeffrey@seyfarth.com

                *Attorneys for Defendants*

TO:   EDUARDO J. DIAZ (ED 0308)
      275 Madison Avenue, Fourth Floor
      New York, New York 10016
      T. (646) 328-1919
      F. (646) 358-4513
      ejdiaz@gmail.com

      *Attorney for Plaintiffs*