Rak. H. J

David M. Monachino (DM 1527)
Alexander M. Jeffrey (AJ 1823)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
*Attorneys for Defendants ImpreMedia, LLC,
ImpreMedia New York, LLC, El Diario, LLC
d/b/a El Diario La Prensa, El Diario, L.P.
and Gloria Medina*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| EDUARDO KING, FERNANDO KING, MI CASA EN ECUADOR. <br><br> Plaintiffs, <br><br> - against - <br><br> IMPREMEDIA, LLC, IMPREMEDIA NEW YORK, LLC, EL DIARIO, LLC d/b/a EL DIARIO LA PRENSA, EL DIARIO, L.P., GLORIA MEDINA and DOES 1-12, <br><br> Defendants. | **ECF CASE** <br><br> **Docket No. 10-CV-7903 (JSR)** <br><br><br> **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

-----------------------------------------------------------x

WHEREAS, no party to this action is an infant or an incompetent person for whom a committee has been appointed, and no person not a party to this action has an interest in the subject matter of this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that this action shall be unconditionally discontinued and dismissed, with prejudice, and without costs to any party as against the other, and that this stipulation may be filed with the Court without notice.

13621246v.3

It is **FURTHER STIPULATED** this Stipulation may be executed by facsimile signatures and in counterparts, each of which shall have the same force and effect as original signatures.

Dated:    New York, New York
          October 14, 2011

LAW OFFICES OF EDUARDO J. DIAZ

By:_____
    Eduardo J. Diaz, Esq.
    *Attorneys for Plaintiffs*
    275 Madison Avenue, Fourth Floor
    New York, New York 10016
    Tel: (347) 564-3108

SEYFARTH SHAW LLP

By:_____
    Alexander M. Jeffrey, Jr., Esq.
    *Attorneys for Defendants*
    620 Eighth Avenue
    New York, New York 10018
    Tel: (212) 218-5500

SO ORDERED

_____
            U.S.D.J.

10-26-11

10

13621246v.3